1  ERICA K. ROCUSH, CA State Bar No. 262354
   erica.rocush@ogletreedeakins.com
2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
3  One Market Plaza
   San Francisco, CA 94105
4  Telephone:   415.442.4810
   Facsimile:   415.442.4870
5
   Attorneys for Defendant
6  NuCO2 MANAGEMENT LLC

7  BARRY E. WEBER, CA State Bar No. 256530
   barry@barryweberlaw.com
8  CHARLOTTE P. WALDO, CA Bar No. 224512
   BARRY E. WEBER, ATTORNEY AT LAW
9  264 Clovis Avenue
   Clovis, CA 93612
10 Telephone:   559.438.1716
   Facsimile:   559.222.9183
11
   Attorneys for Plaintiff
12 FRANK GUTIERREZ

13

14                    UNITED STATES DISTRICT COURT

15                   EASTERN DISTRICT OF CALIFORNIA

16                           FRESNO DIVISION

17 FRANK GUTIERREZ,                  Case No. 1:12-cv-01765-AWI-SKO

18         Plaintiff,                STIPULATION RE: DISMISSAL WITH
                                     PREJUDICE OF ENTIRE ACTION AND
19     v.                            ORDER RE: DISMISSAL

20 NUCO2 FLORIDA, INC., a corporation; and
   DOES 1 to 20,
21
           Defendants.
22

23     Pursuant to Fed.R.Civ.P. 41(a)(1), this Stipulation re: Dismissal of Entire Action and

24 [Proposed] Order Re: Dismissal is entered into by and between the parties hereto through their

25 respective counsel of record as follows:

26     WHEREAS, the parties have fully and finally resolved this matter;

27

28
                                          1                    Case No. 1:12-cv-01765-AWI-SKO
         STIPULATION RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION
                        AND [PROPOSED] ORDER RE: DISMISSAL

*FILED MAR 15 2013 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY ___ DEPUTY CLERK*

NOW, THEREFORE, the parties hereby stipulate that the matter shall be dismissed in its entirety with prejudice, with each side to bear its own costs and attorneys' fees.

DATED: March 12, 2013      OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Erica Rocush*
Erica K. Rocush
Attorneys for Defendant
NuCO2 Management LLC

DATED: March 12, 2013      BARRY E. WEBER, ATTORNEY AT LAW

By: */s/ Barry Weber*
Barry E. Weber
Charlotte P. Waldo
Attorneys for Plaintiff
Frank Gutierrez

2    Case No. 1:12-cv-01765-AWI-SKO
STIPULATION RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION
AND [PROPOSED] ORDER RE: DISMISSAL

## ORDER

The parties having fully and finally resolved this matter and having stipulated that this matter shall be dismissed in its entirety with prejudice,

Accordingly, the Court hereby orders that:

This matter shall be dismissed in its entirety with prejudice, each side to bear its own costs and attorneys' fees.

Dated: *March 13, 2013*

HONORABLE ANTHONY W. ISHII
U.S. DISTRICT COURT JUDGE